UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE: | BANKRUPTCY CASE NO. |
| CAYLA MARIE LEDET | 22-50947 KMS |

**ORDER DISMISSING CHAPTER 13 PROCEEDING**

THIS MATTER CAME TO BE CONSIDERED on the Trustee's Motion to Dismiss for Non-Payment (DK# ) and the Debtor having failed to respond, the Court finds the Motion should be granted.

IT IS THEREFORE ORDERED that this proceeding be, and the same is, hereby dismissed.

##END OF ORDER##

SUBMITTED BY:

/s/ DAVID RAWLINGS, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS 39403
(601) 582-5011
ecfNotices@rawlings13.net