**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: September 16, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br>CAYLA MARIE LEDET | BANKRUPTCY CASE NO.<br>22-50947 KMS |

**<u>AGREED ORDER DENYING TRUSTEE'S MOTION TO DISMISS</u>**

THERE CAME TO BE CONSIDERED the Trustee's Motion to Dismiss for Non-Payment (DK#31) and the parties having reached an agreement thereto hereby submit to the Court the following:

IT IS HEREBY AGREED AND ORDERED:

(A) The Trustee's Motion to Dismiss is hereby denied.

(B) The present default in payment into the debtor's plan is deferred, and the plan payments will increase if necessary. Debtor agrees to resume making full, regular, timely payments to the Trustee, with the next payment due on or before October 24, 2026. Failing to make this payment or any full, regular, timely payment, on or before the above due date of any succeeding month thereafter, without first obtaining the Court's approval, the case will be dismissed without further notice or hearing.

(C) The debtor must at all times keep the Trustee fully advised regarding the debtor's home address and the name and address of the debtor's employer.

##END OF ORDER##

| | |
|---|---|
| SUBMITTED BY: | AGREED: |
| /s/ DAVID RAWLINGS, TRUSTEE<br>P.O. BOX 566<br>HATTIESBURG, MS 39403<br>(601) 582-5011<br>ecfNotices@rawlings13.net | /s/ THOMAS C. ROLLINS, JR<br>Attorney for Debtor |